JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DWAIN SCALES,

    Petitioner,

v.

W.L. MONTGOMERY, Warden,

    Respondent.

Case No. CV 19-1833 JWH (MRW)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition is **DENIED** and that this action is **DISMISSED with prejudice**.

DATE: May 3, 2021

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE